**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

**No. 19-6932**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

        v.

KEVIN LEON MORMON,

        Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:12-cr-00592-PWG-1; 8:16-cv-01146-PWG)

---

Submitted: November 19, 2019                    Decided: November 22, 2019

---

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kevin Leon Mormon, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Leon Mormon appeals the district court's order construing his Fed. R. Civ. P. 60(b) motion for relief from judgment as an unauthorized, successive 28 U.S.C. § 2255 (2012) motion and denying it on that basis.  Our review of the record confirms that the district court properly construed Mormon's Rule 60(b) motion as a successive § 2255 motion over which it lacked jurisdiction because Mormon failed to obtain prefiling authorization from this court.  *See* 28 U.S.C. §§ 2244(b)(3)(A), 2255(h) (2012); *United States v. McRae*, 793 F.3d 392, 397-400 (4th Cir. 2015).  Accordingly, we affirm the district court's order.[*]

Consistent with our decision in *United States v. Winestock*, 340 F.3d 200, 208 (4th Cir. 2003), we construe Mormon's notice of appeal and informal brief as an application to file a second or successive § 2255 motion.  Upon review, we find that Mormon's claims do not meet the relevant standard.  *See* 28 U.S.C. § 2255(h).  We therefore deny authorization to file a successive § 2255 motion.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny as unnecessary a certificate of appealability.  *McRae*, 793 F.3d at 400.